**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Maria Concetta Keough<br>Frank Joseph Keough<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 19-13280 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz, Esq**
                    Rebecca A Solarz, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322