# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maria Concetta Keough<br>         Frank Joseph Keough<br>                    <u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                    <u>Movant</u><br>    vs. | NO. 19-13280 ELF |
| Maria Concetta Keough<br>Frank Joseph Keough<br>                    <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Scott Waterman<br>                    <u>Trustee</u> | |

## **ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby

ORDERED that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 TOYOTA COROLLA, VIN: 2T1BURHE9JC025780  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Order entered by default.**

Date:  9/13/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**