United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13280-elf
Frank Joseph Keough                                             Chapter 13
Maria Concetta Keough
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Sep 13, 2019
                             Form ID: pdf900       Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb        +Frank Joseph Keough,   Maria Concetta Keough,   2018 Pierce Drive,   Whitehall, PA 18052-4015
cr             Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
cr            +Village Capital & Investment, LLC,   c/o Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
               Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2019 03:27:24      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
        CHARLES  LAPUTKA   on behalf of Joint Debtor Maria Concetta Keough claputka@laputkalaw.com,
         jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        CHARLES  LAPUTKA   on behalf of Debtor Frank Joseph Keough claputka@laputkalaw.com,
         jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
        DANIEL P. JONES   on behalf of Creditor   Village Capital & Investment, LLC
         djones@sterneisenberg.com,  bkecf@sterneisenberg.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Maria Concetta Keough
          Frank Joseph Keough
<u>                  Debtor(s)</u>

Toyota Motor Credit Corporation
                 <u>Movant</u>
      vs.

Maria Concetta Keough
Frank Joseph Keough
<u>                  Debtor(s)</u>

Scott Waterman
                 <u>Trustee</u>

CHAPTER 13

NO. 19-13280 ELF

11 U.S.C. Section 362

## <u>ORDER</u>

Upon consideration of the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby

ORDERED that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2018 TOYOTA COROLLA, VIN:

2T1BURHE9JC025780  in a commercially reasonable manner.  The stay provided by Bankruptcy

Rule 4001(a)(3) been waived.

     **Order entered by default.**

Date:  9/13/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**