UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FRANK JOSEPH KEOUGH<br>    MARIA CONCETTA KEOUGH<br><br>    Debtors | Chapter 13<br>Bankruptcy No.19-13280-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 5th day of November, 2019, by first class mail upon those listed below:

FRANK JOSEPH KEOUGH
MARIA CONCETTA KEOUGH
2018 PIERCE DRIVE
WHITEHALL, PA  18052

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                                             */s/ Deborah A. Earnshaw*
                                             Deborah A. Earnshaw
                                             for
                                             Scott F. Waterman, Esquire
                                             Standing Chapter 13 Trustee