**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE: | Case No. 19-13280-elf |
| | Chapter 13 |
| FRANK JOSEPH KEOUGH | |
| MARIA CONCETTA KEOUGH | |
| Debtor(s). | |

**REQUEST TO MARK OBJECTION TO PLAN MOOT**

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Village Capital & Investment, LLC c/o Dovenmuehle Mortgage, Inc.**, on June 4, 2019 as moot as Debtor filed an Amended Plan on November 6, 2019 which satisfies Movants Objection.

By:    */s/ Daniel Jones, Esquire*
Daniel Jones, Esquire
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 14th day of November 2019, to the following:

Charles Laputka
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
*Attorney for Debtor(s)*


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first-class mail postage prepaid to:

Frank Joseph Keough
2018 Pierce Drive
Whitehall, PA 18052

Maria Concetta Keough
2018 Pierce Drive
Whitehall, PA 18052
*Debtor(s)*


        By:  */s/Daniel Jones, Esquire*