# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Frank joseph Keough<br>    Maria Concetta Keough<br>    Debtor<br>-----------------------------------------------<br><br><br>Village Capital & Investment, LLC<br>            Movant<br><br>v.<br><br>Frank joseph Keough<br>Maria Concetta Keough<br>            Respondent<br><br>Scott F. Waterman, Trustee<br>            Additional Respondent | Case Number: 19-13280-elf<br><br>CHAPTER: 13 |

## PRAECIPE TO WITHDRAW NOTICE OF PAYMENT CHANGE

Kindly withdraw the Notice of payment change of Village Capital & Investment, LLC filed on 12/27/2019 under claim 11-1 without prejudice.

                        Respectfully Submitted:

                        Stern & Eisenberg, PC

By:   /s/ Daniel Jones
        Daniel Jones, Esquire
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone:  (215) 572-8111
        Facsimile:  (215) 572-5025
        Bar Number:  321876

Date:  March 17, 2020                 djones@sterneisenberg.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING NOTICE OF PAYMENT CHANGE WAS SERVED ELECTRONICALLY THROUGH THE COURT'S ECF SYSTEM AT THE E-MAIL ADDRESS REGISTERED WITH THE COURT ON THIS DATE TO THE FOLLOWING:

DATE:     March 17, 2020

Charles Laputka
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
**Counsel for Debtor**

Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first class mail postage prepaid to:

Frank Joseph Keough
2018 Pierce Drive
Whitehall, PA 18052

Maria Concetta Keough
2018 Pierce Drive
Whitehall, PA 18052
**Debtor(s)**

Respectfully submitted:
By: /s/ Daniel Jones, Esquire
Daniel Jones, Bar No: 321876
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant