**Daniel P. Jones, Esq.**
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**FRANK JOSEPH KEOUGH AND<br>MARIA CONCETTA KEOUGH**<br>DEBTOR<br><br>VILLAGE CAPITAL & INVESTMENT, LLC<br>MOVANT<br>V.<br><br>FRANK JOSEPH KEOUGH AND<br>MARIA CONCETTA KEOUGH<br>DEBTOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 19-13280-PMM |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and Village Capital & Investment, LLC, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

**Date: March 25, 2020**

_____
_ UNITED STATES BANKRUPTCY JUDGE
Hon. Patirica M. Mayer