```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                   Case No. 19-13280-pmm
Frank Joseph Keough                                                      Chapter 13
Maria Concetta Keough
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0313-4           User: JEGilmore               Page 1 of 1                  Date Rcvd: Mar 25, 2020
                               Form ID: pdf900               Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb         +Frank Joseph Keough,    Maria Concetta Keough,    2018 Pierce Drive,    Whitehall, PA 18052-4015
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr              Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
NONE           +People First Credit Union,    2141 Downyflake Lane,    Allentown, PA 18103-4799
cr             +Village Capital & Investment, LLC,     c/o Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 03:26:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 26 2020 03:26:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 03:35:05     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              CHARLES  LAPUTKA    on behalf of Debtor Frank Joseph Keough claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES  LAPUTKA    on behalf of Joint Debtor Maria Concetta Keough claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DANIEL P. JONES    on behalf of Creditor    Village Capital & Investment, LLC
               djones@sterneisenberg.com,  bkecf@sterneisenberg.com
              KEVIN K. KERCHER    on behalf of   People First Credit Union kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**Daniel P. Jones, Esq.**
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**FRANK JOSEPH KEOUGH AND<br>MARIA CONCETTA KEOUGH**<br>DEBTOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 19-13280-PMM |
| VILLAGE CAPITAL & INVESTMENT, LLC<br>MOVANT<br>V.<br><br>FRANK JOSEPH KEOUGH AND<br>MARIA CONCETTA KEOUGH<br>DEBTOR | |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and Village Capital & Investment, LLC, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

**Date: March 25, 2020**

_____
_ UNITED STATES BANKRUPTCY JUDGE
Hon. Patirica M. Mayer