United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank Joseph Keough  
Maria Concetta Keough  
    Debtors

Case No. 19-13280-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4　　User: JEGilmore　　Page 1 of 1　　Date Rcvd: Jun 04, 2020  
　　　　　　　　　　　Form ID: 155　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db/jdb　　+Frank Joseph Keough,　Maria Concetta Keough,　2018 Pierce Drive,　Whitehall, PA 18052-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020　　　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
    CHARLES　LAPUTKA　　on behalf of Joint Debtor Maria Concetta Keough claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
    CHARLES　LAPUTKA　　on behalf of Debtor Frank Joseph Keough claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
    DANIEL P. JONES　　on behalf of Creditor　Village Capital & Investment, LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com  
    KEVIN K. KERCHER　　on behalf of　 People First Credit Union kevinkk@kercherlaw.com, kevin@kercherlaw.com  
    REBECCA ANN SOLARZ　　on behalf of Creditor　Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    SCOTT F. WATERMAN (Chapter 13)　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
    SCOTT F. WATERMAN (Chapter 13)　　ECFMail@ReadingCh13.com  
    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frank Joseph Keough and Maria
Concetta Keough
      Debtor(s)                                          Chapter: 13
                                                        Bankruptcy No: 19−13280−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 4, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                Patricia M. Mayer
                                                                Judge ,
                                                                United States Bankruptcy Court

                                                                                       50
                                                                                  Form 155