| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13280-PMM

FRANK JOSEPH KEOUGH  
MARIA CONCETTA KEOUGH  
2018 PIERCE DRIVE  
WHITEHALL  PA    18052  

Petition Filed Date: 05/21/2019  
341 Hearing Date: 07/30/2019  
Confirmation Date: 06/04/2020  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/17/2019 | $467.00 | 1000075583 | 07/22/2019 | $467.00 | 1000075618 | 08/14/2019 | $467.00 | 1000075652 |
| 09/11/2019 | $467.00 | 1000075680 | 10/08/2019 | $467.00 | 1000538728 | 11/12/2019 | $467.00 | 1000538755 |
| 12/18/2019 | $467.00 | 1000072643 | 06/02/2020 | $1,401.00 | 1000571768 | 06/18/2020 | $710.00 | 1000571775 |
| 07/20/2020 | $710.00 | 1000075318 | | | | | | |

**Total Receipts for the Period: $6,090.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | LVNV FUNDING LLC <br> »» 001 | Unsecured Creditors | $4,564.69 | $0.00 | $4,564.69 |
| 2 | HYUNDAI LEASE TITLING TRUST <br> »» 002 | Unsecured Creditors | $4,859.87 | $0.00 | $4,859.87 |
| 3 | WELLS FARGO BANK NEVADA NA <br> »» 003 | Unsecured Creditors | $1,453.09 | $0.00 | $1,453.09 |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES <br> »» 004 | Unsecured Creditors | $3,016.35 | $0.00 | $3,016.35 |
| 5 | WELLS FARGO <br> »» 005 | Unsecured Creditors | $6,102.85 | $0.00 | $6,102.85 |
| 6 | NEWREZ LLC  D/B/A <br> »» 006 | Mortgage Arrears | $2,806.51 | $0.00 | $2,806.51 |
| 7 | TOYOTA LEASE TRUST <br> »» 007 | Unsecured Creditors | $5,675.71 | $0.00 | $5,675.71 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 008 | Unsecured Creditors | $2,939.97 | $0.00 | $2,939.97 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 009 | Unsecured Creditors | $2,105.84 | $0.00 | $2,105.84 |
| 10 | BECKET & LEE, LLP <br> »» 010 | Unsecured Creditors | $175.53 | $0.00 | $175.53 |
| 11 | VILLAGE CAPITAL & INVESTMENT LLC <br> »» 11A | Mortgage Arrears | $23,250.85 | $0.00 | $23,250.85 |
| 12 | VILLAGE CAPITAL & INVESTMENT LLC <br> »» 11B | Secured Creditors | $2,555.61 | $0.00 | $2,555.61 |
| 13 | TD BANK USA NA <br> »» 012 | Unsecured Creditors | $1,183.00 | $0.00 | $1,183.00 |
| 14 | UNITED STATES TREASURY (IRS) <br> »» 013 | Priority Crediors | $4,057.00 | $2,734.41 | $1,322.59 |

**Chapter 13 Case No. 19-13280-PMM**

| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,246.23 | $0.00 | $1,246.23 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,849.20 | $0.00 | $1,849.20 |
| 17 | CITY OF ALLENTOWN<br>»» 16P | Priority Crediors | $97.63 | $65.80 | $31.83 |
| 18 | CITY OF ALLENTOWN<br>»» 16U | Unsecured Creditors | $105.00 | $0.00 | $105.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,090.00 | Current Monthly Payment: | $710.00 |
| Paid to Claims: | $4,860.21 | Arrearages: | $19.00 |
| Paid to Trustee: | $590.79 | Total Plan Base: | $38,769.00 |
| Funds on Hand: | $639.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.