**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Frank Joseph Keough<br>Maria Concetta Keough<br>　　　　Debtor(s)<br>Village Capital & Investment, LLC<br>　　　　Creditor/Movant<br>v.<br>Frank Joseph Keough<br>Maria Concetta Keough<br>　　　　Respondent | Chapter 13<br><br>Bankruptcy Case:  19-13280-pmm<br><br>Judge: Patricia M. Mayer |

**O R D E R**

　　AND NOW, this **1st** day of **December**, 20 **20** upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Village Capital & Investment, LLC and any successor in interest and Debtor, Frank Joseph Keough , Maria Concetta Keough, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

　　The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Village Capital & Investment, LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **2018 Pierce Drive, Whitehall, PA 18052**.

　　It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE