IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Frank Joseph Keough<br>Maria Concetta Keough<br>        Debtor(s)<br>Village Capital & Investment, LLC<br>        Creditor/Movant<br>v.<br>Frank Joseph Keough<br>Maria Concetta Keough<br>        Respondent | Chapter 13<br><br>Bankruptcy Case: 19-13280-pmm<br><br>Judge: Patricia M. Mayer |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __7th__ day of __December__, 2020, upon consideration of the Stipulation between Debtor and Village Capital & Investment, LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE