**Fill in this information to identify the case:**

Debtor 1 _____Frank Joseph Keough_____

Debtor 2 _____Maria Concetta Keough_____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern District of Pennsylvania__
                                                                                              (State)

Case number    19-13280-pmm

---

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Village Capital & Investment, LLC | **Court claim no.** (if known): 11 |
| **Last 4 digits** of any number you use to identify the debtor's account:  6828 | **Date of payment change: Forbearance**<br>Must be at least 21 days after date of this notice |
| | **New total payment:** $ Forbearance<br>Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____
   Current escrow payment:   $ _____       New escrow payment:                $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____
   Current interest rate            _____%       New interest rate:   _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: ___Temporary Forbearance from December 1, 2020 through February 1, 2021. Please see attached Notice of Forbearance._____

**Current mortgage payment:** $1,601.42          **New mortgage payment:** $ Forbearance

---

Debtor 1    Frank Joseph Keough
First Name   Middle Name   Last Name

Case number (*if known*) 19-13280-pmm

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones
Signature

Date December 29, 2020

Print:    Daniel P. Jones, Bar ID# 321876
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company    Stern & Eisenberg, P.C.

Address    1581 Main Street, Suite 200 The Shops at Valley Square
Number    Street

Warrington, PA 18976
City    State    ZIP Code

Contact phone 215-572-8111          Email djones@sterneisenberg.com

---

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:    December 29, 2020

| | |
|---|---|
| Charles Laputka<br>1344 W. Hamilton St.<br>Allentown, PA 18102<br>claputka@laputkalaw.com<br>**Counsel for Debtor** | Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com<br>**Bankruptcy Trustee** |

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Frank Joseph Keough
2018 Pierce Drive
Whitehall, PA 18052

Maria Concetta Keough
2018 Pierce Drive
Whitehall, PA 18052
**Debtor(s)**

                                                  /s/ Daniel P. Jones
                                  By:  Daniel P. Jones, Bar No: 321876
                                       Stern & Eisenberg, P.C.
                                       1581 Main Street, Suite 200
                                       The Shops at Valley Square
                                       Warrington, PA 18976
                                       djones@sterneisenberg.com
                                       Phone: 215-572-8111
                                       Fax: (215) 572-5025
                                       Counsel for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE:<br>Frank Joseph Keough<br>Maria Concetta Keough<br>　　　　Debtor(s) | Case No: 19-13280-pmm<br><br>Chapter 13 |

**NOTICE OF TEMPORARY FORBEARANCE**

Bankruptcy Court Claim #:　　　　　　11
Date of Filing:　　　　　　　　　　　　July 22, 2019
Effective Date of Forbearance:　　　　December 1, 2020 through February 1, 2021

Village Capital & Investment, LLC ("Creditor") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency the Debtors have requested, and Creditor has provided, a temporary suspension of mortgage payments ("Temporary Forbearance").

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect.

**NOTE**: The Temporary Forbearance <u>does not forgive any indebtedness; it only suspends the date that such indebtedness must be paid</u>.

Creditor does not waive any rights upon expiration of the Temporary Forbearance with respect to any remaining delinquency, including the right to seek relief from the automatic stay for nonpayment of the post-petition monthly installments or for reasons other than non-payment of the post-petition monthly installments, including, but not limited to, a lack of payment for required escrow items such as hazard insurance and real estate taxes. Creditor does not waive any rights to collect any and all payments that may come due during the Temporary Forbearance period after the expiration of the Temporary Forbearance.

Creditor is using Official Form 410S1 in accordance with Miscellaneous Order No. 20-3007, entered April 22, 2020. This use of Official Form 410S1 in this context does not imply or indicate that a payment change is occurring or has occurred on the Debtor's account, nor does the use of Official Form 410S1 in this context imply or indicate that the provisions of Federal Rule of Bankruptcy Procedure 3002.1 apply to this filing.

Nothing in the Temporary Forbearance or in this Notice shall constitute a waiver of Creditor's rights under the terms of the mortgage note and security instrument, the Bankruptcy Code or applicable non-bankruptcy laws and regulations, including, but not limited to, the Real Estate Settlement Procedures Act. Creditor expressly retains the right to collect any post-petition escrow shortage.

By: /s/Daniel P. Jones
Daniel P. Jones
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Counsel for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| IN RE:<br>Frank Joseph Keough<br>Maria Concetta Keough<br>　　　　Debtor(s) | Case No: 19-13280-pmm<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

　　I certify that on December 23, 2020, I caused to be served a true and correct copy of the above Notice of Temporary Forbearance upon registered recipients via the Court's ECF system. In the event the debtor(s) is/are pro se, a paper copy of the Notice is being mailed to the debtor's address on file with the Court.

Charles Laputka
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Frank Joseph Keough
2018 Pierce Drive
Whitehall, PA 18052

Maria Concetta Keough
2018 Pierce Drive
Whitehall, PA 18052
**Debtor(s)**

　　　　　　　　　　　　　　　　　　By: /s/Daniel P. Jones
　　　　　　　　　　　　　　　　　　Daniel P. Jones
　　　　　　　　　　　　　　　　　　Bar No: 321876
　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　　djones@sterneisenberg.com
　　　　　　　　　　　　　　　　　　Counsel for Creditor