UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Joseph Keough and Maria Concetta Keough, | Case # 19-13280 |
| Debtors | CHAPTER 13 |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan and after Notice and Hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 4th Amended Chapter 13 Plan is **APPROVED**.

BY THE COURT:

*Patricia M. Mayer*

Date: **January 14, 2021**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE