UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                       CASE NO.: 19-13280-pmm
                                                                                                            **CHAPTER 13**

**Frank Joseph Keough,**
    **Debtor.**

**Maria Concetta Keough,**
    **Joint Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                                                                                            **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                                                                            Authorized Agent for Secured Creditor
                                                                                            130 Clinton Rd #202
                                                                                            Fairfield, NJ 07004
                                                                                            Telephone: 470-321-7112

                                                                                            By: /s/Charles Wohlrab
                                                                                                     Charles Wohlrab, Esq.
                                                                                                     Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANK JOSEPH KEOUGH
2018 PIERCE DRIVE
WHITEHALL, PA 18052

MARIA CONCETTA KEOUGH
2018 PIERCE DRIVE
WHITEHALL, PA 18052

And via electronic mail to:

LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102

LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ <Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com