**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE:<br>Frank Joseph Keough<br>Maria Concetta Keough<br>Debtor(s) | Case No: 19-13280-pmm<br><br>Chapter 13 |

**NOTICE OF TEMPORARY FORBEARANCE**

Bankruptcy Court Claim #:         11
Date of Filing:                   July 22, 2019
Effective Date of Forbearance:    December 1, 2020 through May 1, 2021

Village Capital & Investment, LLC ("Creditor") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency the Debtors have requested, and Creditor has provided, a temporary suspension of mortgage payments ("Temporary Forbearance").

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect.

**NOTE**: The Temporary Forbearance <u>does not forgive any indebtedness; it only suspends the date that such indebtedness must be paid</u>.

Creditor does not waive any rights upon expiration of the Temporary Forbearance with respect to any remaining delinquency, including the right to seek relief from the automatic stay for nonpayment of the post-petition monthly installments or for reasons other than non-payment of the post-petition monthly installments, including, but not limited to, a lack of payment for required escrow items such as hazard insurance and real estate taxes. Creditor does not waive any rights to collect any and all payments that may come due during the Temporary Forbearance period after the expiration of the Temporary Forbearance.

Nothing in the Temporary Forbearance or in this Notice shall constitute a waiver of Creditor's rights under the terms of the mortgage note and security instrument, the Bankruptcy Code or applicable non-bankruptcy laws and regulations, including, but not limited to, the Real Estate Settlement Procedures Act. Creditor expressly retains the right to collect any post-petition escrow shortage.

                 By: <u>/s/Daniel P. Jones</u>
                 Daniel P. Jones
                 Bar No: 321876
                 djones@sterneisenberg.com
                 Counsel for Creditor

**Fill in this information to identify the case:**

Debtor 1       Frank Joseph Keough

Debtor 2       Maria Concetta Keough
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number    19-13280-pmm

---

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Village Capital & Investment, LLC | **Court claim no.** (if known): 11 |
| **Last 4 digits** of any number you use to identify the debtor's account:    6828 | **Date of payment change: Forbearance**<br>Must be at least 21 days after date of this notice |
| | **New total payment:**    $ Forbearance<br>Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☒ No
    ☐ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
    _____

    **Current escrow payment:**    $ _____    **New escrow payment:**    $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
    _____

    **Current interest rate**    _____%    **New interest rate:**    _____%

    **Current principal and interest payment:** $ _____    **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---|---|

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: ___Temporary Forbearance from December 1, 2020 through May 1, 2021. Please see attached Notice of Forbearance._____

**Current mortgage payment:** $1,601.42        **New mortgage payment:** $ Forbearance

Debtor 1    Frank Joseph Keough                                Case number (*if known*) 19-13280-pmm
            First Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones                                                                Date  March 22, 2021
Signature

Print:   Daniel P. Jones, Bar ID# 321876                     Title: Attorney for Creditor
         First Name   Middle Name   Last Name

Company   Stern & Eisenberg, P.C.

Address   1581 Main Street, Suite 200 The Shops at Valley Square
          Number          Street

          Warrington, PA 18976
          City                                State     ZIP Code

Contact phone 215-572-8111           Email  djones@sterneisenberg.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:     March 22, 2021

Charles Laputka
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Frank Joseph Keough
2018 Pierce Drive
Whitehall, PA 18052

Maria Concetta Keough
2018 Pierce Drive
Whitehall, PA 18052
**Debtor(s)**

/s/ Daniel P. Jones
By:  Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant