# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Frank Joseph Keough,** | : | Case No.   19-13280 – PMM |
| **Maria Concetta Keough,** | : | |
| | : | |
| Debtors. | : | |

## O R D E R

**AND NOW**, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Stay re: 1951 W. Allen Street, Allentown, Pennsylvania 18104 ("the Motion") (Doc. # 74);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 29, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being denied without further notice or hearing.

**Date:  March 30, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**