## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**FRANK J. AND MARIA C. KEOUGH,**<br><br>Debtors | **Chapter 7 Bankruptcy**<br><br>**Bankruptcy No. 19-13280 PMM** |

### ENTRANCE OF APPEARANCE AND REQUEST FOR NOTICES

**TO:    CLERK OF THE BANKRUPTCY COURT**

Kindly enter the appearance of George M. Lutz, Esquire as counsel for the Debtors, and change the address of counsel to:

> George M. Lutz, Esquire
> Hartman, Valeriano, Magovern & Lutz, PC
> 1025 Berkshire Boulevard, Suite 700
> P.O. Box 5828
> Wyomissing, PA  19610
> Ph.:  610-779-0772 Ext. 3014
> Email:  glutz@hvmllaw.com

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

---

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Counsel for Debtors**