**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:  **Frank J. and Maria C. Keough,**  **Debtors** | **Chapter 13**  **Bankruptcy No. 19-13280 PMM** |
|---|---|

**ORDER**

    Upon consideration of the Debtors' Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

    IT IS HEREBY ORDERED that the Chapter 13 bankruptcy proceeding filed by the Debtors and docketed to No. 19-13280 PMM in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby DISMISSED, without prejudice.

**Date:** April 19, 2021

                                                         **By the Court:**

                                                         *Patricia M. Mayer*

                                                         **Patricia M. Mayer**
                                                         **United States Bankruptcy Judge**