**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank Joseph
and Maria Concetta Keough,   :   Chapter 13
                              :
            Debtors           :   Bky. No. 19-13280 PMM

## O R D E R

**AND NOW,** upon consideration of the Stipulation by filed jointly by the Debtors and NewRez LLC (doc. no. 92, the "Stipulation"), purporting to resolve NewRez LLC's Motion for Relief from the Automatic Stay (doc. no. 74);

**AND** this bankruptcy case having been filed on May 21, 2019;

**AND** the case having been dismissed on April 19, 2021;

**AND** the court lacking jurisdiction post-dismissal;

**AND** the automatic stay not applying due to the dismissal of the bankruptcy;

It is hereby **ORDERED** that the Stipulation is **DENIED AS MOOT**.

Date: April 22, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**