United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13280-pmm

Frank Joseph Keough                                                         Chapter 13

Maria Concetta Keough

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin                                   Page 1 of 4
Date Rcvd: Apr 20, 2021       Form ID: pdf900                               Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb    | +  | Frank Joseph Keough, Maria Concetta Keough, 2018 Pierce Drive, Whitehall, PA 18052-4015 |
| smg       | +  | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg       |    | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg       | +  | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg       | +  | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg       | +  | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| NONE      | +  | People First Credit Union, 2141 Downyflake Lane, Allentown, PA 18103-4799 |
| cr        | +  | Village Capital & Investment, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14328011  | +  | Anthem Blue Cross and Blue Shield, PO BOX 105187, Atlanta, GA 30348-5187 |
| 14328012  | +  | Anthony M. Muir, Esquire, 40 South Fifth Street, Allentown, PA 18101-1622 |
| 14328013  | +  | Apex Asset Management, 2501 oregon Pike, Lancaster, PA 17601-4890 |
| 14328014  | +  | Cap1/ Helzb, PO BOX 30253, Salt Lake City, UT 84130-0253 |
| 14359731  |    | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14328018  | +  | Direct Express, PO BOX 245998, San Antonio, TX 78224-5998 |
| 14337126  | +  | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14328021  | +  | Isreal & Brenda Ortiz, 1951 W Allen St, Allentown, PA 18104-5036 |
| 14328023  | +  | Keystone Dodge Inc, 2350 Lehigh St, Allentown, PA 18103-4786 |
| 14328024  | +  | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14357280  |    | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14328026  | +  | Lehigh Valley Health Network, PO BOX 781733, Philadelphia, PA 19178-1733 |
| 14328028  | +  | Medical Imag. Of Lehigh Valley, PO BOX 3226, Allentown, PA 18106-0226 |
| 14328029  |    | Medical Imagaing of Lehigh Valley, 2 Meridian Blvd - 3rd Floor, Reading, PA 19610-3202 |
| 14350921  |    | NewRez LLC DBA Shellpoint, Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 14584171  | +  | Newrez LLC d/b/a Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esquire, Robertson Anschutz Schneid Crane & Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14328031  | +  | OAA Orthopedic Specialists, PO BOX 14000, Belfast, ME 04915-4033 |
| 14328032  | +  | Orthopedic Foot, ankle & knee Institute, 1605 N. Cedar Credst Blvd, Suite 608, Allentown, PA 18104-2317 |
| 14328034  | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downey Flake, Allentown, PA 18103 |
| 14435405  | +  | People First Federal Credit Union, c/o Kevin K. Kercher, Esquire, 881 Third St., Fullerton Bldg., Ste. C-2, Whitehall, Pa 18052-5930 |
| 14328037  | +  | Shellpoint Mortgage Svc, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14328038  | +  | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14328040  | +  | TD Bank USA/Target, PO BOX 673, Minneapolis, MN 55440-0673 |
| 14328042  | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411 |
| 14328041  | +  | Tepper Pharmacy, 333 E Lancaster Ave, Wynnewood, PA 19096-1929 |
| 14355345  | +  | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14435011  |    | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14328043  | +  | Toyota Motor Credit Corporation, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14328046  | +  | Village Capital & Invest, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 14360948  | +  | Village Capital & Investment, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14335405  | +  | Village Capital & Investment, LLC, c/o Daniel Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA |

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2021 | Form ID: pdf900 | Total Noticed: 67 |

|  |  |  |
|---|---|---|
|  | 18976-3403 |  |
| 14328047 | + | Wells Fargo Bank NA, PO BOX 14517, Des Moines, IA 50306-3517 |
| 14350293 |   | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14345207 |   | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14328048 | + | Wells Fargo Card Service, Credit Bureau Resolution, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|   |   |   | Apr 21 2021 02:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
|   |   |   | Apr 21 2021 02:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | | |
|   |   |   | Apr 21 2021 01:46:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14328010 |   | Email/Text: EBNProcessing@afni.com | | |
|   |   |   | Apr 21 2021 02:17:00 | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 14348409 | + | Email/Text: g20956@att.com | | |
|   |   |   | Apr 21 2021 02:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14367238 |   | Email/Text: coabankruptcy@allentownpa.gov | | |
|   |   |   | Apr 21 2021 02:17:00 | City of Allentown, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14328015 |   | Email/Text: coabankruptcy@allentownpa.gov | | |
|   |   |   | Apr 21 2021 02:17:00 | City of Allentown, Room 110, 435 Hamilton St, Allentown, PA 18101 |
| 14328016 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|   |   |   | Apr 21 2021 02:17:00 | ComenityBank/Boscovs, PO BOX 182120, Columbus, OH 43218-2120 |
| 14328017 | + | Email/Text: clientservices@credit-control.com | | |
|   |   |   | Apr 21 2021 02:17:00 | Credit Control LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14328019 | + | Email/Text: bknotice@ercbpo.com | | |
|   |   |   | Apr 21 2021 02:17:00 | Enhanced Recovery Company, PO BOX 57547, Jacksonville, FL 32241-7547 |
| 14328020 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
|   |   |   | Apr 21 2021 02:17:00 | IRS, Department of the Treasury, P.O. Box 7346, Department of the Treasury, Philadelphia, PA 19101-7346 |
| 14328025 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
|   |   |   | Apr 21 2021 02:17:00 | Kohls Department Store, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14328027 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
|   |   |   | Apr 21 2021 01:44:33 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 14335965 |   | Email/PDF: resurgentbknotifications@resurgent.com | | |
|   |   |   | Apr 21 2021 01:44:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14328030 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
|   |   |   | Apr 21 2021 02:17:00 | Midland Funding LLC, 2365 Northside Drive, # 300, San Diego, CA 92108-2709 |
| 14355877 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
|   |   |   | Apr 21 2021 02:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14328035 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|   |   |   | Apr 21 2021 01:46:05 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14363857 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|   |   |   | Apr 21 2021 01:44:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14328039 | + | Email/Text: bankruptcy@sw-credit.com | | |
|   |   |   | Apr 21 2021 02:17:00 | SW CRDT SYS, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14328036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2021 01:46:08 | Sears/CBNA, PO BOX 6282, Sioux Falls, SD 57117-6282 |
| 14330262 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2021 01:46:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14361226 | + | Email/Text: bncmail@w-legal.com | Apr 21 2021 02:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14328044 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 21 2021 02:18:00 | Transworld Systems INC, PO BOX 15618, Dept 51, Wilmington, DE 19850-5618 |
| 14328045 | | Email/Text: bankruptcydepartment@tsico.com | Apr 21 2021 02:18:00 | Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14328022 | *+ | Isreal & Brenda Ortiz, 1951 W Allen St, Allentown, PA 18104-5036 |
| 14357835 | * | Kohl's, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14328033 | ##+ | Penn Credit Corpoation, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2021               Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Frank Joseph Keough claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
on behalf of Joint Debtor Maria Concetta Keough claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

DANIEL P. JONES
on behalf of Creditor Village Capital & Investment  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

GEORGE M. LUTZ
on behalf of Debtor Frank Joseph Keough glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 20, 2021 | Form ID: pdf900 | Total Noticed: 67 |

GEORGE M. LUTZ
    on behalf of Joint Debtor Maria Concetta Keough glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com

KEVIN K. KERCHER
    on behalf of People First Credit Union kevinkk@kercherlaw.com kevin@kercherlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F WATERMAN
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F WATERMAN ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **Frank J. and Maria C. Keough,**  **Debtors** | **Chapter 13**  **Bankruptcy No. 19-13280 PMM** |

**ORDER**

    Upon consideration of the Debtors' Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

    IT IS HEREBY ORDERED that the Chapter 13 bankruptcy proceeding filed by the Debtors and docketed to No. 19-13280 PMM in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby DISMISSED, without prejudice.

**Date:** April 19, 2021

                                                                   **By the Court:**

                                                                   *Patricia M. Mayer*
                                                                   **Patricia M. Mayer**
                                                                   **United States Bankruptcy Judge**