United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13280-pmm

Frank Joseph Keough  Chapter 13

Maria Concetta Keough

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Joseph Keough, Maria Concetta Keough, 2018 Pierce Drive, Whitehall, PA 18052-4015 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr |   | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| NONE | + | People First Credit Union, 2141 Downyflake Lane, Allentown, PA 18103-4799 |
| cr | + | Village Capital & Investment, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 23 2021 02:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:15:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 12

Date: Apr 24, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

**Name**     **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Frank Joseph Keough claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
on behalf of Joint Debtor Maria Concetta Keough claputka@laputkalaw.com
jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

DANIEL P. JONES
on behalf of Creditor Village Capital & Investment  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

GEORGE M. LUTZ
on behalf of Debtor Frank Joseph Keough glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

GEORGE M. LUTZ
on behalf of Joint Debtor Maria Concetta Keough glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

KEVIN K. KERCHER
on behalf of People First Credit Union kevinkk@kercherlaw.com  kevin@kercherlaw.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Frank Joseph**
**and Maria Concetta Keough,**          :          **Chapter 13**
                                        :
                    **Debtors**         :          **Bky. No. 19-13280 PMM**

## O R D E R

**AND NOW,** upon consideration of the Stipulation by filed jointly by the Debtors and NewRez LLC (doc. no. 92, the "Stipulation"), purporting to resolve NewRez LLC's Motion for Relief from the Automatic Stay (doc. no. 74);

**AND** this bankruptcy case having been filed on May 21, 2019;

**AND** the case having been dismissed on April 19, 2021;

**AND** the court lacking jurisdiction post-dismissal;

**AND** the automatic stay not applying due to the dismissal of the bankruptcy;

It is hereby **ORDERED** that the Stipulation is **DENIED AS MOOT**.

Date: April 22, 2021

                                        _____
                                        **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**