| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13280-PMM

| | |
|---|---|
| FRANK JOSEPH KEOUGH | Petition Filed Date: 05/21/2019 |
| MARIA CONCETTA KEOUGH | 341 Hearing Date: 07/30/2019 |
| 2018 PIERCE DRIVE | Confirmation Date: 06/04/2020 |
| WHITEHALL  PA    18052 | |

Case Status: Dismissed After Confirmation on 4/19/2021

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2020 | $1,401.00 | 1000571768 | 06/18/2020 | $710.00 | 1000571775 | 07/20/2020 | $710.00 | 1000075318 |
| 08/13/2020 | $710.00 | 1000075336 | 09/09/2020 | $710.00 | 1000075358 | 04/15/2021 | $43,592.71 | 497018  r/e sa |

**Total Receipts for the Period: $47,833.71  Amount Refunded to Debtor Since Filing: $40,541.22  Total Receipts Since Filing: $51,102.71**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $4,564.69 | $0.00 | $4,564.69 |
| 2 | HYUNDAI LEASE TITLING TRUST »» 002 | Unsecured Creditors | $4,859.87 | $0.00 | $4,859.87 |
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $1,453.09 | $0.00 | $1,453.09 |
| 4 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 004 | Unsecured Creditors | $3,016.35 | $0.00 | $3,016.35 |
| 5 | WELLS FARGO »» 005 | Unsecured Creditors | $6,102.85 | $0.00 | $6,102.85 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $2,806.51 | $55.18 | $2,751.33 |
| 7 | TOYOTA LEASE TRUST »» 007 | Unsecured Creditors | $5,675.71 | $0.00 | $5,675.71 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $2,939.97 | $0.00 | $2,939.97 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $2,105.84 | $0.00 | $2,105.84 |
| 10 | BECKET & LEE, LLP »» 010 | Unsecured Creditors | $175.53 | $0.00 | $175.53 |
| 11 | VILLAGE CAPITAL & INVESTMENT LLC »» 11A | Mortgage Arrears | $23,250.85 | $457.15 | $22,793.70 |
| 12 | VILLAGE CAPITAL & INVESTMENT LLC »» 11B | Secured Creditors | $2,555.61 | $50.25 | $2,505.36 |
| 13 | TD BANK USA NA »» 012 | Unsecured Creditors | $1,183.00 | $0.00 | $1,183.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 013 | Priority Crediors | $4,057.00 | $4,057.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $1,246.23 | $0.00 | $1,246.23 |

**Chapter 13 Case No. 19-13280-PMM**

| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,849.20 | $0.00 | $1,849.20 |
| 17 | CITY OF ALLENTOWN »» 16P | Priority Crediors | $97.63 | $97.63 | $0.00 |
| 18 | CITY OF ALLENTOWN »» 16U | Unsecured Creditors | $105.00 | $0.00 | $105.00 |
| 19 | VILLAGE CAPITAL & INVESTMENT LLC »» 11P | Secured Creditors | $4,575.30 | $0.00 | $4,575.30 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | FRANK JOSEPH KEOUGH | Debtor Refunds | $40,541.22 | $40,541.22 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $51,102.71 | Current Monthly Payment: | $864.00 |
| Paid to Claims: | $47,318.43 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,784.28 | Total Plan Base: | $43,798.00 |
| Funds on Hand: | $0.00 |  |  |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.